RECEIVED
IN ALEXANDRIA, LA.

JUL 1 7 2013

TONY R. MOORE, CLERK
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARK M. PENN                    DOCKET NO: 13-CV-276; SEC. P

VERSUS                          JUDGE JAMES T. TRIMBLE, Jr.

SGT. LINDA JACKSON              MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice as frivolous, pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this _17th_ day of ___July___, 2013.

_____
JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT